ECF

ORIGINAL

FILED
JUN 2 0 2003
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**AMEC CONSTRUCTION MANAGEMENT, INC., f/k/a Morse Diesel International, Inc.**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

**Case No.** 03-1537C

**NOTICE OF DIRECTLY-RELATED CASES**

Pursuant to Rule 40.2, Plaintiff AMEC Construction Management, Inc. ("ACMI"), formerly known as Morse Diesel International, Inc., submits this Notice of Directly-Related Cases. The following consolidated cases are directly related to the case at bar:

Morse Diesel International, Inc. v. United States. Case No. 99-279C.
Morse Diesel International, Inc. v. United States. Case No. 99-529C.
Morse Diesel International, Inc. v. United States. Case No. 99-530C.
Morse Diesel International, Inc. v. United States. Case No. 00-531C.

All four cases involve the same parties as the case at bar and arise out of the same contract.

ACMI believes that consolidation of the case at bar with these directly related cases is likely to conserve judicial resources and promote an efficient determination of the actions.

LDR/85708.1

Dated: June 20, 2003

Respectfully submitted,

Craig S. King by RJ Webber

Craig S. King
Arent Fox Kintner Plotkin & Kahn, PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
202-857-8938 Fax: 202-857-6395

Attorney of Record

Of Counsel:

Richard J. Webber
William W. Goodrich II
Arent Fox Kintner Plotkin & Kahn, PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
202-857-6254 Fax: 202-857-6395