# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**AMEC CONSTRUCTION MANAGEMENT, INC.** *
*
*Plaintiffs*, * Case No. 03-1537C
*
* Senior Judge Smith
v. *
* Filed:
**THE UNITED STATES**, *
*
*Defendant*. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

This case is hereby consolidated under *Morse Diesel International v. United States*, Case No. 99-279C. All future filings should be filed under Case No. 99-279C.

It is so ORDERED.

s/ Loren Smith

LOREN A. SMITH
SENIOR JUDGE