IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMEC CONSTRUCTION MANAGEMENT, INC., f/k/a Morse Diesel International, Inc. | ) | |
| Plaintiff, | ) | No. 03-1537C (Senior Judge Smith) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

To the Clerk:

NOTICE OF APPEARANCE

Please enter the appearance of Virginia G. Farrier as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Virginia G. Farrier
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington D.C. 20530

Attention: Classification Unit,
8th Floor, 1100 L Street N.W.

Dated: August 5, 2003

/s/ Virginia G. Farrier
________________________________

Virginia G. Farrier
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: 202-307-6289
Fax: 202-514-7969